Todd Blanche
Attorney General of the United States
Letitia A. Sikes
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 10, 2026
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:26-CR-2083-SAB** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 844(i) Arson (Counts 1-3) |
| DUFF RICHARD FRANCE, | 18 U.S.C. §§ 982, 844, 28 U.S.C. § 2461 Forfeiture Allegations |
| Defendant. | |

The Grand Jury charges:

COUNT 1

On or about January 6, 2026, in the Eastern District of Washington, the Defendant, DUFF RICHARD FRANCE, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building, real and personal property used in interstate and foreign commerce and any building, real and personal property used in any activity affecting interstate and foreign commerce, to wit: a building and premises located at 1908 Lilac Lane in Union Gap, in violation of 18 U.S.C. § 844(i).

COUNT 2

On or about January 7, 2026, in the Eastern District of Washington, the Defendant, DUFF RICHARD FRANCE, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building, real and personal property used in interstate commerce and used in any activity affecting interstate and foreign commerce, to wit: a building and premises located at 1811 Rainier Place in Union Gap ("76 Gas Station"), in violation of 18 U.S.C. § 844(i).

COUNT 3

On or about January 7, 2026, in the Eastern District of Washington, the Defendant, DUFF RICHARD FRANCE, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, any building, real and personal property used in interstate commerce and used in any activity affecting interstate and foreign commerce, to wit: a building and premises located at 1401 E. Washington Avenue in Union Gap ("URM"), in violation of 18 U.S.C. § 844(i).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of an offense(s) in violation of 18 U.S.C. § 844(i), as set forth in Counts 1 – 3 of this Indictment, the Defendant, DUFF RICHARD FRANCE, shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or

indirectly, as a result of such violation(s), and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

All pursuant to 18 U.S.C. § 844(c) and § 982(a)(2)(B), and 28 U.S.C. § 2461(c).

DATED this 10th day of November 2026.

[redacted]

Foreperson

Todd Blanche
Attorney General

Alison L. Gregoire
Criminal Chief

Letitia A. Sikes
Assistant United States Attorney